| United States Bankruptcy Court<br>Western District of Louisiana<br>Western | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kojis Signs, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **72-1037232** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1491 Hwy. 115 South**<br>**Bunkie, LA**<br>ZIP CODE   **71322** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Avoyelles Parish** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**POB 657**<br>**Bunkie, LA**<br>ZIP CODE   **71322** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1491 Hwy. 115 South**<br>**Bunie, LA**<br>**71322** | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Kojis Signs, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable**_____ |
| | Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kojis Signs, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/Bradley L. Drell**
Signature of Attorney for Debtor(s)

**Bradley L. Drell  Bar No.  24387**
Printed Name of Attorney for Debtor(s) / Bar No.

**Gold, Weems, Bruser, Sues & Rundell**
Firm Name

**2001 MacArthur Dr. P. O. Box 6118**
Address

**Alexandria, LA  71307-6118**

**(318) 445-6471          (318) 445-6476**
Telephone Number

**11/15/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Jerry Weil**
Signature of Authorized Individual

**Jerry Weil**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**11/15/2010**
Date

A And C Plastic
6135 Northdale Street
Houston, TX 77087


A-1 Sign Service
1387 Garland Gin Rd.
Downsville, LA 71234


Acadiana Paint & Supply Inc.
POB 3697
Pineville, LA 71361-3697


Accounting Systems Consulting Group
POB 52626
Shreveport, LA 71135-2626


Advanced Communications, Inc.
2371 S. MacArthur Dr.
Alexandria, LA 71301


Advantage Staffing
POB 277534
Atlanta, GA 30384-7534


Airgas Safety, Inc.
POB 951884
Dallas, TX 75395-1884


Alexandria Business Machines
POB 1964
Alexandria, LA 71303


Alpolic-Mitsubishi Plastics
POB 60831
Charlotte, NC 28260-0831

Aluminum & Stainless, Inc.
POB 3484
Lafayette, LA 70502

American Compliance Tech.
Alan C. Plants, P.E.
1875 West Main St.
Bartow, FL 33830

American Screen Art
POB 533288
Charlotte, NC 28290

AmeriPride
811 Louisville Ave.
Monroe, LA 71201

Angelle Concrete, Inc.
2638 S, Sherwood Forest, Ste.200
Baton Rouge, LA 70816

Arthur J. Gallagher
POB 100
Plattenville, LA 70393

Ascension Ready Mix
POB 510
Praireville, LA 70769

AT&T
POB 105262
Atlanta, GA 30348-5262

AT&T Advertising & Publishing
POB 105024
Atlanta, GA 30348-5024

```
AT&T Mobility
POB 650584
Dallas, TX 75265-0584


AT&T Mobility
POB 536216
Atlanta, GA 30353-6216


Auger Services, Inc.
38211 Bullion Swith Rd.
Prairieville, LA 70769


Auto Zone
107 NW Main St.
Bunkie, LA 71322


Avoyelles Office
221 North Main St.
Marksville, LA 71351


AXYZ Automation Inc.
5330 South Service Rd.
Burlington, ON L7L 5L1
Canada


Bobby's Appliance Service
703 Chennault St.
Bunkie, LA 71322


Bunkie General Hospital
POB 380
Bunnkie, LA 71322


Bunkie Rural Health Clinic
POB 130
Bunkie, LA71322
```

Business Frist Bank
8440 Jefferson Hwy., Ste.100
Baton Rouge, LA 70809

C.F.'s Welding Service
POB 14020
Alexandria, LA 71315-4020

Cajun Chemical
POB 160
Opelousas, LA 70821

Chalk's Truck Parts, Inc.
POB 15675
Houston, TX 77220-5675

Chevron & Texaco Business Card
POB 70887
Charlotte, NC 28272-0087

City of Bay Minette
POB 1208
Bay Saint Louis, MS 39520

City of Bunkie
POB 630
Bunkie, LA 71322

Cleco
POB 69000
Alexandria, LA 71306-9000

CNA Insurance
POB 790094
St. Louis, MO 63179-0094

Cobra Professionals, Inc.
6421 Perkins Rd.
Building A, Ste.2A
Baton Rouge, LA 70808


Commercial Billing Service
POB 2201
Decatur, AL 35609-2201


Compliance Plus Drug Test, LLC
325 Kaliste Saloom
Bldg III/Ste. 100
Lafayette, LA 70508


Compton's Sign Service, Inc.
372 Bridges Rd.
Downsville, LA 71234


Construction Specialists
12421 South Choctaw Drive
Baton Rouge, LA 70815


Cottonport Ins. Agency, LLC
POB 829
Cottonport, LA 71327


Coulon's Electrical Srvc., Inc.
POB 333
Bunkie, LA 71322


D&B Sales And Recovery
POB 86259
Baton Rouge, LA 70879


D&J Tire Service, Inc.
POB 1719
Tioga, LA 71477

Daigle Welding Supply, Inc.
POB 475
Opelousas, LA 70571-0745


Delta Rigging & Tools
POB 4228
Dept.5335
Houston, TX 77210


Ducote & Company, CPA's
POB 309
Marksville, LA 71351


Eagle Service Company
2224 Lee Street
Alexandria, LA 71306


East Jefferson Hospital
POB 975479
Dallas, TX 75397-5479


Eastern Metal Supply of Texas
c/o Plains State Bank
POB 62929
Houston, TX 77205


Eder Flag Co., Inc.
1000 W. Rawson Ave.
Oak Creek, WI 53154-1487


Emergency Staffing Solutions
POB 96345
Oklahoma City, OK 73143-6345


Exam One/Bottrell Agency
6142 Masonic Dr.
Alexandria, LA 71301

Family Dollar
816 NW Main St.
Bunkie, LA 71322


Farr Auto Supply, Inc.
POB 30
Hwy. 71 North
Bunkie, LA 71322


Fastenal Co.
POB 1286
Winona, MN 55987-0037


Federal Heath Sign Co., LLC
POB 678203
Dallas, TX 75267-8203


FedEx Freight East
POB 406708
Atlanta, GA 30384-6708


Ferguson's Lawn Sevice
POB 274
Bunkie, LA 71322


Ford Credit
POB 790093
St. Louis, MO 63179-0093


Freightquote.com
16025 W. 113th St.
Lenexa, KS 66219


Gary J. Spencer
c/o David Hilleren
P.O. Box 210
Evergreen, LA  71333

Gas and Supply
125 Thruway Park
Broussard, LA 70518


George Hauk's Automotive
3204 Industrial Drive
Alexandria, LA 71301


Graphics Solutions Group
POB 671261
Dallas, TX 75267-1261


Grimes Industrial Supply
3405 Rosalino St.
Alexanddria, LA 71301


Gulf Emergency Mgmt, APM
8401 Datapoint Dr., #500
San Antonio, TX 78229


Gulf States Electric
POB 2034
Ridgeland, MS 39158


H&W Equipment
625 NW Main St.
Bunkie, LA 71322


Hayes Manufacturing Co., Inc.
POB 3309
Pineville, LA 71361-3309


Heck Industries, Inc.
5415 Choctaw Dr.
Baton Rouge, LA 70805

Heritage-Crystal Clean, LLC
13621 Collections Center Dr.
Chicago, IL 60693-0136


Hewlett-Packard Fin. Services
POB 402582
Atlanta, GA 30384-2582


Hilti
Dept. 0890
POB 120001
Dallas, TX 75312-0890


Hub City Ford
POB 90670
Lafayette, LA 70509


Humana Health Benefit Plan
of Louisiana
POB 0543
Carol Stream, IL 60132-0543


Iberia Bank
POB 13740
New Iberia, LA 70562-3740


IESI Alex. Hauling  160851
1515 England Dr.
Alexandria, LA 71303-4109


Industrial Machine & Mfg. Corp.
POB 7418
Alexandria, LA 71306


Industrial Rubber & Gasket, Inc.
POB 6116
Alexandria, LA 71307-6116

Interstate Battery Systems
2107 Bowie Drive
Alexandria, LA 71301


J.J. Keller & Associates, Inc.
POB 548
Neenah, WI 54957-0548


JEI Distributing, LLC
718 S. Buchanan, Ste. C
Lafayette, LA 70501


Jusselin Electric
POB 388
Bunkie, LA 71322


K&K Express, LLC
c/b/a K2 Logistrics
POB 1521
Minneapolis, MN 55480-1521


Kanawha Insurance Co.
c/o Wachovia Bank NA
POB 75117
Charlotte, NC 28275-0117


Kojis Signs-Signlite, LLC
1490 I-10 Service Rd.
Slidell, LA 70461


LA Dept. of Environmental Quality
Financial Srvc. Div.
POB 4311
Baton Rouge, LA 70821-4311


Lafarge North America, Inc.
Dept. 2424
POB 122424
Dallas, TX 75312-2424

Land Rover Financial Group
POB 78069
Phoenix, AZ 85062-8069


LeBlanc Brothers Ready-Mix, Inc.
POB 13
Paincourtville, LA 70391


Letter Fab
475 Riverland Dr.
Crested Butte, CO 81224


Linfield, Hunter & Junius, Inc.
3608 18th St., Ste.200
Metairie, LA 70002


Lott Oil Co.
POB 17
Natchitoches, LA 71458-0017


Louisiana Hydrostatics, Inc.
143 Eastpark Dr.
Eunice, LA 70535


Louisiana Power Steering Rebuilders
510 B Saul Drive
Scott, LA 70583


Louvers International, Inc.
849 Church St.
Elmhurst, IL 60126


LSI Industries, Inc.
Cust.#280
1065 Solution Center
Chicago, IL 60677-1000

Mac's Building Supply, Inc.
3910 Hwy. 114
Hessmer, LA 71341


McCoy's Windshield Repair
301 SW Main St.
Bunkie, LA 71322


Meis Machine Shop
8695 Hwy. 71 South
Lecompte, LA 71346


Mid-State Supply, Inc.
POB 5525
Alexandria, LA 71307-5525


MNE Electric
1465 W. Lagoon Ave
Gulf Shores, AL 36542


Mobile County
POB 2207
Mobile, AL 36652-2207


Nationwide Financial Service
One Nationwide Plaza
Columbus, OH 43215-2220


NexAir, LLC
POB 125
Memphis, TN 38101-0125


NOTOCO
10380 Airline Hwy.
Baton Rouge, LA 70816

Office Depot, Inc.
Dept.56-4610234832
Office Depot Credit Plan
POB 689020
Des Moines, IA 50368-9020


Office of State Police
DPS Public Safety
POB 61047
New Orleans, LA 70161-1047


Palmyra Electrical Contractors
PO Box 458
Destrehan, LA 70047-0458


Pierce Aluminum Company
34 Forge Park
Franklin, MA 02038


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887


Postlethwaite & Netterville
8550 United Plaza Blvd., Ste.1001
Baton Rouge, LA 70809


Power Plan
PO Box 650215
Dallas, TX 75265-0215


Progressive Tractor & Imple. Co
PO Box 449
Bunkie, LA 71322


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quirk's Welding LLC
3712 Hwy 10
Washington, LA 70589


Rabalais Small Engines, Inc
220 Windermere Blvd.
Alexandria, LA 71303-3537


Red River Bank
c/o Amanda Barnett, Gen Counsel
1412 Centre Court
Alexandria, LA  71303


Red River Bank
1412 Centre Court, Suite 101
Alexandria, LA 71301


Redmonds Supply
PO Box 715
Bunkie, LA 71322


Reece Supply/Harahan
PO Box 565545
Dallas, TX 75356


Regional Radiology, LLC
PO Box 1608
Kenner, LA 70063


Regions Bank
8440 Jefferson Highway
Secodn Floor
Baton Rouge, LA 70809


Rental Service Corporation
PO Box 840514
Dallas, TX 75284-0514

Selective Insurance - Flood
PO Box 382034
Pittsburgh, PA 15251-8034


Service Chevrolet
PO Box 3707
4313 Cameron St.
Lafayette, LA 70502


Service Fastners
PO Box 2408
Slidell, LA 70459


Sheet Metal Supply
316 Butterworth Street
Jefferson, LA 70121


Sherwin - Williams
1102 MacArthur Drive
Alexandria, LA 71303-3122


Shreveport Information Technol
10605 Deer Path
Shreveport, LA 71115


Sign World of the South
2421 Hwy 14
Lake Charles, LA 70601


Sleep Inn Baton Rouge
10332 Plaza Americana Drive
Baton Rouge, LA 70816


Sol's Pipe & Steel Yard, Inc.
PO Box 2407
4951 Transport
Monroe, LA 71207-2407

Soundsgood Commercial Services
7095 Huckaby Rd.
Vivian, LA 71082


Southern Stud Weld
PO Box 10745
Houston, TX 77206


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


St. Tammany Parish Hospital
PO Box 54482
New Orleans, LA 70154


Standard Machine Shop, LLC
4801 Lee Street
Alexandria, LA 71301


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Superior Supply & Steel
PO Box 972291
Dallas, TX 75397


Tchefuncta Emerg Physicians
PO Box 41531
Philadelphia, PA 19101-1531


Teche Electric Supply, Inc.
PO Box 61725
Lafayette, LA 70596-1725

The Crane Center, Inc.
PO Box 907
Mansfield, OH 44901-0907


Thompson Electric Sign Serv
PO Box 15389
Baton Rouge, LA 70895-5389


Timmons Truck Center
7605 Coliseum Blvd.
Alexandria, LA 71303


Tri Vantage, LLC
PO Box 934832
Atlanta, GA 31193-4832


Tubelite Co
PO Box 16456
Membhis, TN 38116


Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085


Union Bank
POB 39
305 North Main Street
Marksville, LA 71351


United Parcel Service
Lockbox 557
Carol Stream IL 60132-0577


United Rentals
PO Box 100711
Atlanta, GA 30384-0711

US Bancorp
P.O. Box 230789
Portland, OR 97281-0789



Vaughn Motors, Inc.
PO Box 118
Bunkie, LA 71322



Vision International, Inc.
3030 West Directors Row
Salt Lake City, UT 84104



Werntz & Associates, Inc.
PO Box 5606
Shreveport, LA 71135-5606



West Jefferson Medical
PO Box 2153
Birmingham, AL 35287



Western Auto
700 S W Main
Bunkie, LA 71322



Wingfoot Commercial Tire
2123 W Willow
Scott, LA 70583



Zep Manufacturing Co.
PO Box 841508
Dallas, TX 75284-1508

In re:                                                          Case No. _____
**Kojis Signs, LLC**
                                                                Chapter    11  _____
          Debtor.


# VERIFICATION OF CREDITOR MATRIX


The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of his/her/their knowledge.


Date:   **11/15/2010**              By:      **s/ Jerry Weil**_____
                                            **Jerry Weil**

## United States Bankruptcy Court
## Western District of Louisiana
## Western

In re **Kojis Signs, LLC**                                          , Case No. _____
                          Debtor                      Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gary J. Spencer<br>c/o David Hilleren<br>P.O. Box 210<br>Evergreen, LA 71333 | | | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $285,843.16 |
| Reece Supply/Harahan<br>PO Box 565545<br>Dallas, TX 75356 | | | | $244,968.34 |
| Kojis Signs-Signlite, LLC<br>1490 I-10 Service Rd.<br>Slidell, LA 70461 | | | | $66,757.32 |
| CNA Insurance<br>POB 790094<br>St. Louis, MO 63179-0094 | | | | $65,578.58 |
| Humana Health Benefit Plan<br>of Louisiana<br>POB 0543<br>Carol Stream, IL 60132-0543 | | | | $58,401.45 |

In re **Kojis Signs, LLC**                                     , Case No. _____

                           Debtor                    Chapter    **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Tubelite Co**<br>**PO Box 16456**<br>**Membhis, TN 38116** | | | | **$57,086.22** |
| **Sheet Metal Supply**<br>**316 Butterworth Street**<br>**Jefferson, LA 70121** | | | | **$56.494.42** |
| **Eastern Metal Supply of Texas**<br>**c/o Plains State Bank**<br>**POB 62929**<br>**Houston, TX 77205** | | | | **$56,347.82** |
| **Sol's Pipe & Steel Yard, Inc.**<br>**PO Box 2407**<br>**4951 Transport**<br>**Monroe, LA 71207-2407** | | | | **$53,329.94** |
| **Fastenal Co.**<br>**POB 1286**<br>**Winona, MN 55987-0037** | | | | **$44,583.73** |
| **LSI Industries, Inc.**<br>**Cust.#280**<br>**1065 Solution Center**<br>**Chicago, IL 60677-1000** | | | | **$32,315.43** |

In re **Kojis Signs, LLC** , Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Acadiana Paint & Supply Inc.**<br>**POB 3697**<br>**Pineville, LA 71361-3697** | | | | **$31,224.50** |
| **Lott Oil Co.**<br>**POB 17**<br>**Natchitoches, LA 71458-0017** | | | | **$21.271.48** |
| **NOTOCO**<br>**10380 Airline Hwy.**<br>**Baton Rouge, LA 70816** | | | | **$20,380.32** |
| **Alpolic-Mitsubishi Plastics**<br>**POB 60831**<br>**Charlotte, NC 28260-0831** | | | | **$18,011.18** |
| **NexAir, LLC**<br>**POB 125**<br>**Memphis, TN 38101-0125** | | | | **$12,350.27** |
| **Vision International, Inc.**<br>**3030 West Directors Row**<br>**Salt Lake City, UT 84104** | | | | **$10,761.77** |

In re  **Kojis Signs, LLC**                                                    ,  Case No. _____
                              Debtor                              Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Federal Heath Sign Co., LLC**<br>**POB 678203**<br>**Dallas, TX 75267-8203** | | | | **$10,095.12** |
| **Aluminum & Stainless, Inc.**<br>**POB 3484**<br>**Lafayette, LA 70502** | | | | **$9.354.68** |
| **K&K Express, LLC**<br>**c/b/a K2 Logistics**<br>**POB 1521**<br>**Minneapolis, MN 55480-1521** | | | | **$7,981.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jerry Weil, CFO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/15/2010** _____          Signature:  **s/ Jerry Weil** _____

                                                          **Jerry Weil ,CFO** _____
                                                          (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re  Kojis Signs, LLC

            **Debtor**

Case No. _____

            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jerry Weil**, the **CFO** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    **46**       sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **11/15/2010**

Signature:   **s/ Jerry Weil**

                                        **Jerry Weil CFO**

                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*