**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IN RE:**

| | |
|---|---|
| **KOJIS SIGNS, LLC** | **CASE NO. 10-81780** |
| **DEBTOR** | **CHAPTER 11** |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL, FOR AUTHORITY TO GRANT REPLACEMENT LIEN AND/OR FOR ADEQUATE PROTECTION AND FOR EMERGENCY HEARING**

**NOW INTO COURT**, through the undersigned counsel, comes the debtor in possession in the above captioned bankruptcy case, who respectfully represents as follows:

1.

Your movant is the duly qualified and acting debtor in possession in this Chapter 11 Bankruptcy Case; respondent to this motion is Business First Bank.

2.

Business First Bank extended credit to the debtor pre-petition and received a UCC security interest in inventory and accounts receivable to secure the credit extended.

3.

The debtor in possession is in need of the use of the proceeds of its accounts receivables and cash collateral generated from the use of inventory, with the said funds being the cash collateral of Business First Bank; without the use of same, the debtor in possession will be unable to continue business operations and will be forced to liquidate its business.

4.

The debtor in possession would offer a post-petition replacement lien to Business First Bank to the same extent that prior filed liens attach to the debtor's accounts receivable and inventory.

5.

The debtor in possession would also propose to pay Business First Bank, as adequate protection, 5% of all cash collateral collected by the debtor in possession.

**WHEREFORE,** the debtor in possession requests that this Court enter an order pursuant to 11 U.S.C. §363 authorizing the debtor to use cash collateral for the claims of Business First Bank, for its general ongoing business operations as described in this motion, that this Court grant the debtor in possession interim authority to use cash collateral for the claims of Business First Bank after an interim hearing on this motion, that this Court will set emergency and file hearings on the debtors use of cash collateral,, and for such other and further relief as may be proper and just in the premises.

Alexandria, Louisiana, this 16th day of November, 2010.

Respectfully submitted,

GOLD, WEEMS, BRUSER, SUES & RUNDELL

BY: /s/Bradley L. Drell
      Bradley L. Drell   (#24387)
      2001 MacArthur Drive
      P.O. Box 6118
      Alexandria, LA 71307-6118
      Phone: (318) 445-6471
      Fax: (318) 445-6476
**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

| | |
|---|---|
| **KOJIS SIGNS, LLC** | **CASE NO. 10-81780** |
| **DEBTOR** | **CHAPTER 11** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing **MOTION FOR AUTHORITY TO USE CASH COLLATERAL, FOR AUTHORITY TO GRANT REPLACEMENT LIEN AND/OR FOR ADEQUATE PROTECTION AND FOR EMERGENCY HEARING** was served on the Office of the U.S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101, and counsel for Business First Bank, Stacy G. Butler, Kizer, Hood & Morgan, L.L.P., 2111 Quail Run Drive, Baton Rouge, LA 70808-4127, by placing a copy of same in the United States Mail, postage pre-paid, this 16th day of November, 2010.

                                    /s/Bradley L. Drell
                                      OF COUNSEL