**SO ORDERED.**

**SIGNED January 07, 2011.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | KOJIS SIGNS, LLC | BANKRUPTCY CASE NO. |
| | DEBTOR | 10-81780 |

### ORDER

      **CONSIDERING** the Motion for Relief from Stay and Abandonment of Property or in the Alternative for Adequate Protection Payments filed on behalf of The Union Bank and the Response by Debtors in the jointly administered cases, after hearing on December 15, 2010, counsel for Debtors Bradley Drell and counsel for Union Bank Stephen Wheelis being present, the parties being in agreement thereto, it is

      **ORDERED** that the motion for relief be and it is hereby temporarily denied.

      **IT IS FURTHER ORDERED** that the Union Bank be and it is hereby granted adequate protection as to its secured interest in collateral utilized by the Debtor as follows. Debtor is ordered to commence making monthly adequate protection payments on Loan Number XXXX691 as follows, one payment in the amount of $7,410.00 on February 28, 2011 and then payments in the amount of $14,820.00 per month beginning March 30, 2011 and continuing monthly thereafter on the 30th of each month until a plan is confirmed.

      Debtor is ordered to commence making monthly adequate protection payments on Loan Number XXXX790 in the amount of $335.00 per month beginning February 28, 2011 and then continuing monthly thereafter on the 30th of each month in the amount of $670.00 per month until a plan is confirmed.

**IT IS FURTHER ORDERED** that Debtor is to maintain insurance coverage on all collateral/ property at all times herein in an amount sufficient to cover the full secured claim to the Union Bank. Debtor is further ordered to remain current on adequate protection payments to the Bank. Should Debtor allow the insurance coverage to lapse and fail to obtain insurance coverage within ten (10) days written notice of default to Debtor and Debtor's attorney or should Debtor fail to make the monthly adequate protection payments to the Bank and fail to cure any default in payments within twenty (20) days written notice of default to Debtor and Debtor's attorney, in either event, the Union Bank may move, ex parte, upon Affidavit of Default, to obtain relief from the stay and abandonment of the property.

# # #

| | |
|---|---|
| **GOLD, WEEMS, BRUSER, SUES & RUNDELL** | **WHEELIS & ROZANSKI** |
| BY: /s/ Bradley Drell | By: /s/ Stephen D. Wheelis |
| Bradley Drell #24387 | Stephen D. Wheelis #17205 |
| P.O. Box 6118 | Richard A. Rozanski #22583 |
| Alexandria LA 71307 | P. O. Box 13199 |
| (318) 445-6471 | Alexandria, LA 71315-3199 |
| | (318) 445-5600 |
| **ATTORNEY FOR DEBTOR** | **ATTORNEYS FOR THE UNION BANK** |