**SO ORDERED.**

**SIGNED January 19, 2011.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| IN RE: | KOJIS SIGNS, LLC | CASE NO. 10-81780 |
|---|---|---|
| | DEBTOR | CHAPTER 11 |

**ADEQUATE PROTECTION ORDER**

Considering the Motion to Lift Stay or Alternatively for Adequate Protection filed by JPMORGAN CHASE BANK, NA, the response of Debtors, the hearing noticed for January 12, 2011 and the applicable law:

IT IS ORDERED that by agreement of the parties, JPMorgan Chase is granted adequate protection of its secured interest in the 2010 Land Rover HSE Luxury 4WD VIN: SALAK2D42AA526870 as follows and that Debtor shall make the regular monthly payment of $1,124.22 as required by the contract beginning with the January 23, 2011 and continuing until confirmation of a plan providing otherwise, further orders of the Court or repayment of the balance of the claim.

FURTHER ORDERED that should debtor become delinquent any payment due for a period

of more than 15 days and fail to cure after 15 days notice to Debtor and Debtor's attorney or should debtor allow insurance to lapse and fail to obtain coverage within 10 days of notice to Debtor and Debtor's attorney, then in either event, JPMorgan Chase may move ex parte for an order lifting stay as its collateral upon filing an affidavit of default.

    FURTHER ORDERED that either party may move upon notice and hearing for a change in the adequate protection payments.

###

APPROVED AS TO FORM AND CONTENT

/s/William T. McNew
William T. McNew, Attorney for JPMORGAN CHASE, NA

/s/Bradley L. Drell
Bradley L. Drell, Attorney for Debtor

This order was prepared and is being submitted by:

McNew, King, Mills, Burch & Landry, LLP
By: William T. McNew
Attorney for JPMorgan Chase Bank, NA
Bar Number: 18335
2400 Forsythe Ave., Ste 2
Monroe, LA 71201
(318) 361-3140