**SO ORDERED.**

**SIGNED March 02, 2011.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     KOJIS SIGNS, LLC.                    BANKRUPTCY CASE NO.

           DEBTOR                                10-81780

### CONSENT ORDER FOR ADEQUATE PROTECTION PAYMENTS

**CONSIDERING** the Motion of Red River Bank for Relief from Automatic Stay, or Alternatively, for Adequate Protection Payments filed by Red River Bank and the Debtor consenting to providing adequate protection,

**IT IS ORDERED** that the Debtor in Possession shall commence making the adequate protection payments in the amount of $3,519.34 per month to Red River Bank beginning March 15, 2011 and continuing on the 15th day of each month thereafter until paid.

###

This consent order was prepared and is being submitted by:

**PROVOSTY, SADLER, deLAUNAY, FIORENZA & SOBEL**

BY:/s/ Ricky L. Sooter
    RICKY L. SOOTER (#9724)
    934 Third Street, Suite 801
    Capital One Bank Building
    P O Drawer 1791
    Alexandria, LA 71309

Attorneys for River Cities Credit Union
f/k/a Alexandria Telephone Credit Union

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY:/s/ Bradley L. Drell
    Bradley L. Drell (#24387)
    2001 MacArthur Drive
    Alexandria, LA 71307
    Telephone (318) 445-6471

Attorneys for Kojis Signs, LLC.