**SO ORDERED.**

**SIGNED March 31, 2011.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

In Re: KOJIS SIGNS, LLC  CASE NO: 10-81780
CHAPTER 11

-------------------------------------------------------------------------------------------------------------------

### FINAL ORDER ON PAYMENT OF SECOND MORTGAGE CLAIM OF GARY J. SPENCER

Upon agreement of the parties and based upon the terms presented to the Court on February 23, 2011,

**IT IS ORDERED THAT**:

1.

The payment of the claim of Gary J. Spencer of $285,843.16, secured by a second mortgage, be amortized over a 10 year period utilizing a 7% interest factor and that payments be made in accordance therewith in 120 monthly installments of $3,441.53 commencing March 31, 2011 and ending March 31, 2021.

2.

The claim of Gary J. Spencer is recognized as a secured claim in this proceeding.

3.

That this Final Order on Second Mortgage Claim of Gary J. Spencer will become part of the final Chapter 11 plan confirmed by this Honorable Court.

Respectfully submitted:


s/ David A. Hilleren
DAVID A. HILLEREN (06921)
HILLEREN & HILLEREN, L.L.P.
Post Office Box 210
Evergreen, Louisiana 71333
Telephone: 318-346-6162
Facsimile: 318-346-6120
Attorney for Gary J. Spencer


s/ Bradley Drell
BRADLEY DRELL (24387)
P.O. Box 6118
Alexandria, Louisiana 71307-6118
Telephone: 318-445-6471
Facsimile: 318-445-6476
Attorney for Kojis Signs, LLC & Kojis Signs Signlite, LLC